# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Shaheed Divine Allah**　　　　　　　　　　**Docket No. 5:13-CR-30-1BO**

### Petition for Action on Supervised Release

COMES NOW Van R. Freeman, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shaheed Divine Allah, who, upon an earlier plea of guilty to 18 U.S.C. § 513(a), Uttering and Possessing a Counterfeited and Forged Security of an Organization, was sentenced in the Middle District of Florida, by the Honorable John Antoon II, U.S. District Judge, on December 13, 2007, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

2. The defendant shall perform 150 hours of community service as a condition of supervision in lieu of paying a fine.

3. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer. You shall provide the probation officer access to any requested financial information.

4. The defendant shall provide the probation officer access to any requested financial information.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Shaheed Divine Allah was released from custody on August 6, 2012, to the Eastern District of North Carolina, at which time the term of supervised release commenced.

On November 1 and December 19, 2012, the defendant admitted to the use of marijuana. In response, transfer of jurisdiction was sought from the Middle District of Florida to facilitate our response to the defendant's drug issues. On January 16, 2013, jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR
CAUSE AS FOLLOWS:**

On June 26, 2013, the defendant tested positive for the use of marijuana. Even before the test
was taken, and without prompting, he admitted to the use of marijuana and requested assistance. He
had already finished one course of treatment. We have placed him back in a treatment program. As
a sanction for his new use and to monitor him more closely, we recommend he be placed on house
arrest for a period of 90 days. The defendant signed a Waiver of Hearing agreeing to the proposed
modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified
as follows:

1.  The defendant shall abide by all conditions and terms of the home detention program for a
    period not to exceed 90 consecutive days. The defendant shall be restricted to his residence
    at all times except for pre-approved and scheduled absences for employment, education,
    religious activities, treatment, attorney visits, court appearances, court obligations or other
    activities as approved by the probation officer. The defendant shall wear an electronic
    monitoring device and follow electronic monitoring procedures specified by the probation
    officer.

    Except as herein modified, the judgment shall remain in full force and effect.

    I declare under penalty of perjury that the
    foregoing is true and correct.

    /s/ Van R. Freeman, Jr.
    Van R. Freeman, Jr.
    Senior U.S. Probation Officer
    310 Dick Street
    Fayetteville, NC 28301-5730
    Phone: (910) 483-8613
    Executed On: July 3, 2013

**ORDER OF COURT**

Considered and ordered this _____ day of _____ , 2013, and ordered filed and
made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge