UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Shaheed Divine Allah**  **Docket No. 5:13-CR-30-1BO**

### Petition for Action on Supervised Release

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shaheed Divine Allah, who upon an earlier plea of guilty to Uttering and Possessing a Counterfeited and Forged Security of an Organization, in violation of 18 U.S.C. §513(a), was sentenced by the Honorable John Antoon II, U.S. District Judge for the Middle District of Florida, on December 13, 2007, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Shaheed Divine Allah was released from custody on August 6, 2012, in the Eastern District of North Carolina, at which time the term of supervised release commenced. The defendant admitted to using marijuana in November and December 2013, and jurisdiction was transferred to the Eastern District of North Carolina effective January 16, 2013. In response to marijuana use in June 2013, supervision was modified to include 90 days of home detention with electronic monitoring. In March 2014 and again in June 2014, the defendant was ticketed for Driving While License Revoked. He was admonished and supervision was continued. In July 2014, the defendant again used marijuana and was continued on supervision with increased drug testing. In September 2014, in response to marijuana use, supervision was modified to include 180 days of remote alcohol monitoring and the defendant was referred to substance abuse counseling for the second time. Since the last positive drug test in September 2014, the defendant has provided 14 urine screens which have proven negative for illegal substances.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
As a condition of probation, the defendant was ordered to perform 150 hours of community service in lieu of paying a fine. During the period of supervised release, the defendant completed 88 documented hours of community service work. The defendant has been suffering from severe knee pain and has sought medical attention. The defendant's term of supervised release is due to expire on August 5, 2015. Due to his current medical condition, we are recommending that the remaining community service hours be remitted.

**PRAYING THAT THE COURT WILL ORDER** that the remaining community service hours be remitted and the defendant's term of supervised release be allowed to expire as scheduled on August 5, 2015.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Tiffany C. Peacock |
| Robert L. Thornton | Tiffany C. Peacock |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2545 |
| | Executed On: July 28, 2015 |

### ORDER OF THE COURT

Considered and ordered this **31** day of **July**, 2015 and ordered filed and made a part of the records in the above case.

/s/ Terrence W. Boyle
Terrence W. Boyle
U.S. District Judge

Case 5:13-cr-00030-BO   Document 6   Filed 07/31/15   Page 1 of 1